

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00034-CV

| | | |
|---|---|---|
| Sheryl Buchanan | § | From the 352nd District Court |
| | § | of Tarrant County (352-239854-09) |
| v. | § | January 15, 2015 |
| Compass Bank | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sheryl Buchanan shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel